UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

L. C.,

        Plaintiff,

    v.

UNITED STATES OF AMERICA
(FEDERAL BUREAU OF PRISONS), et
al.,

        Defendants.

Case No.  26-cv-00586-VC


**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al*, No. CV 24-6580.

**IT IS SO ORDERED.**

Dated: January 21, 2026

_____

VINCE CHHABRIA
United States District Judge